

1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2738

FILED

MAY 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10                  2 0 8 - SW - 0 1 8 0   GGH

11 IN THE MATTER OF THE SEARCH  )   Case No. _____
   OF: SEALED                   )
12                              )
                                )
13 _____)

14

15                        SEALING ORDER

16      Upon Application of the United States of America and good

   cause having being shown therefor,
17
        IT IS HEREBY ORDERED that documents in the above referenced
                                    the search warrant application/affidavit
18 case shall be sealed until further order of the Court.
       only
19 DATED: May 13, 2008

20                              Gregory G. Hollows
                               GREGORY G. HOLLOWS
21
                               _____
22                             HONORABLE GREGORY G. HOLLOWS
                               United States Magistrate Judge
23

24

25

26

27

28