1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2738





MAY 2 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search  )
    of                           )
12                               )    Case. Nos. 08-SW-180, 181, 183
                                 )            184 GGH
13  3663 Nuestro Road            )
    Yuba City, CA                )    STIPULATION REGARDING
14  (and other locations)        )    HEARING DATE; [PROPOSED] ORDER
                                 )
15                               )    DATE: 6/5/08
                                 )    TIME: 2:00 p.m.
16                               )    JUDGE: Hon. Mag. Judge
    _____)           G.G. Hollows
17
                          **STIPULATION**
18
         Plaintiff United States of America, by and through its counsel,
19
    and Dr. Arjinderpal Sekhon, by and through his counsel, hereby
20
    stipulate as follows:
21
         1.   By order dated May 13, 2008, the Court requested the
22
              United States to notice a hearing within two weeks of the
23
              search/seizures at issue in which further logistics of
24
              document review would be authorized, with service of
25
              notice to be made to Dr. Arjinderpal Sekhon or his
26
              counsel.
27
         2.   Search warrants were executed at the captioned location
28

                                    1

1    and other locations on May 14-15, 2008.

2    3.   Mr. Griffin, counsel for Dr. Sekhon, is unavailable the

3         remainder of this week.  Counsel also has urgent family

4         business which necessitates out-of-state travel

5         tentatively from May 27 through on or about June 2, 2008.

6         In light of this, counsel for Dr. Sekhon requests that

7         this matter be set for hearing on June 5, 2008 at 2:00

8         p.m. (a date and time which are available according to

9         Courtroom Deputy V. Callen).

10   4.   The United States does not oppose this request.

11   IT IS SO STIPULATED.

12   DATED: 23 May 2008                    McGREGOR W. SCOTT
                                           United States Attorney
13

14                                    By:

15                                       S. ROBERT TICE-RASKIN
                                         Assistant U.S. Attorney
16   DATED: 23 May 2008

17                                    By:
                                         JOHNNY L. GRIFFIN, III.
18                                       Attorney for
                                         Dr. Arjinderpal Sekhon
19                                       (Signature per telephonic
                                         authorization)
20

21                              **ORDER**

22       Based on the stipulation of the parties, the hearing

23   contemplated by the Interim Order shall be scheduled for June 5,

24   2008 at 2:00 p.m.  IT IS SO ORDERED.

25

26   DATED: May 23, 2008          GREGORY G. HOLLOWS
                                   GREGORY G. HOLLOWS
27                                 U.S. Magistrate Judge

28

                                2