1   McGREGOR W. SCOTT
    United States Attorney
2   S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2738

5   Attorneys for Plaintiff
    United States of America

6

7



8                  UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10  IN THE MATTER OF THE SEARCH OF  )    NO. 2 0 8 - SW - 0 1 8 0
                                    )
11                                  )           Order
                                    )    [PROPOSED] ORDER AUTHORIZING
12  All Audiotapes and Videotapes Seized )  ADDITIONAL SEARCH
    From 3663 Nuestro Road          )
13  Yuba City, CA                   )         Ex Parte
                                    )    [IN CAMERA AND UNDER SEAL]
14                                  )
                                    )
15                                  )
                                    )
16  _____)

17         The United States of America has applied to this Court for an Order authorizing it to

18  search certain audiotapes and videotapes seized from the captioned address and permitting it to

19  file certain documents under seal.  Upon consideration of the application and the entire record

20  herein, IT IS HEREBY ORDERED that:

21         1.      Special Agents of the Federal Bureau of Investigation (FBI) and any Authorized

22                 Officer of the United States are commanded to:  search any and all audiotapes and

23                 videotapes seized from the captioned address and presently in the possession of

24                 the FBI for the property specified in Attachment B,  serving this Order upon Dr.

25                 Arjinderpal Sekhon, Dr. Daljit Sekhon or counsel for the same; if the property be

26                 found in any of the noted tapes, to maintain custody of the particular tape;  to

27                 return any tape in which the property is not found to  Dr. Arjinderpal Sekhon, Dr.

28                 Daljit Sekhon, or counsel for the same; and prepare a written inventory of the

                                            1

1    materials retained and materials returned, and promptly return this inventory to the

2    undersigned U.S. Magistrate Judge.

3    2.    The application for an order authorizing an additional search and the affidavit

4    (including attachments) in support thereof shall be filed with this Court in camera *[in part]*

5    and under seal and shall not be disclosed to any person unless otherwise ordered

6    by this Court. *

7    DATED: This 9 day of June, 2008.

8                                    GREGORY G. HOLLOWS
                                    GREGORY G. HOLLOWS
9                                    UNITED STATES MAGISTRATE JUDGE

10   * attachment C (the affidavit on the initial search

11   warrant) remains filed under seal, and need not be

12

13   disclosed herein.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28