```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2738
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>3663 Nuestro Road<br>Yuba City, CA<br>(and other locations) | Case. Nos. 08-SW-180, 181, 183<br>184 GGH<br><br>STIPULATION REGARDING<br>DOCUMENT REVIEW; [PROPOSED] ORDER<br><br>JUDGE: Hon. Mag. Judge<br>         G.G. Hollows |

**STIPULATION**

Plaintiff United States of America, by and through its counsel, and Dr. Arjinderpal Sekhon, by and through his counsel, hereby stipulate as follows:

1. On June 5, 2008, the Court ordered defense counsel to conduct a review of potentially attorney-client privileged documents for this matter prior to June 30, 2008, and to present Government taint counsel with a privilege log related thereto. The Court also ordered Government taint counsel to conduct its review of the documents identified as potentially privileged by the defense and for both parties to file a joint status report outlining what

1

documents are in dispute, all within 10 days from June 30, 2008.

2. Defense counsel completed his review on or about June 30th and Government taint counsel is prepared to conduct his review.  At this point, based on the preliminary estimate of documents at issue provided by defense counsel to Government taint counsel, it is believed that Government taint counsel as well as defense counsel will need an extension of time through July 24, 2008, so that Government taint counsel will have adequate time to conduct his review, and so that both Government taint counsel and defense counsel will have adequate time to meet, confer and prepare the contemplated joint submission.

3. To facilitate a more expeditious review, it is agreed that Government taint counsel may take possession of the potentially Attorney-Client privileged documents currently held by the Court, and will maintain continuos and sole custody of those documents at a secure location in the U.S. Attorney's Office until he completes his review.  No other member of the Government, aside from Government taint counsel and, as necessary, a designated "taint support staff member" from the Office, will have access to these documents.

///
///
///
///

```
IT IS SO STIPULATED.
DATED: 9 July 2008                    McGREGOR W. SCOTT
                                      United States Attorney


                                By:   /s/ Tice-Raskin
                                      S. ROBERT TICE-RASKIN
                                      Assistant U.S. Attorney

DATED: 9 July 2008

                                By:   /s/ Tice-Raskin
                                      JOHNNY L. GRIFFIN, III.
                                      Attorney for
                                      Dr. Arjinderpal Sekhon
                                      (Signature per telephonic
                                      authorization)
```

**ORDER**

IT IS SO ORDERED.

DATED: July 11, 2008                  /s/GregoryG.Hollows
                                      GREGORY G. HOLLOWS
                                      U.S. Magistrate Judge