1 | McGREGOR W. SCOTT
United States Attorney
2 | S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2738

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of the Search    )
   | of                             )
12 |                                )    Case. Nos. 08-SW-180, 181, 183
   |                                )              184 GGH
13 | 3663 Nuestro Road              )
   | Yuba City, CA                  )    STIPULATION REGARDING
14 | (and other locations)          )    DOCUMENT REVIEW; ORDER
   |                                )
15 |                                )
   |                                )    JUDGE: Hon. Mag. Judge
16 | _____ )           G.G. Hollows

17                            **STIPULATION**

18        Plaintiff United States of America, by and through its counsel,

19   and Dr. Arjinderpal Sekhon, by and through his counsel, hereby

20   stipulate as follows:

21        1.    On June 5, 2008, the Court ordered defense counsel to

22              conduct a review of potentially attorney-client privileged

23              documents for this matter prior to June 30, 2008, and to

24              present Government taint counsel with a privilege log

25              related thereto.  The Court also ordered Government taint

26              counsel to conduct its review of the documents identified

27              as potentially privileged by the defense and for both

28              parties to file a joint status report outlining what

                                    1

1        documents are in dispute, all within 10 days from June 30,

2        2008.  By previous stipulation, this final deadline was

3        extended to July 24, 2008.

4   2.   Both defense counsel and Government taint counsel have

5        completed their respective reviews.  They have also met

6        and conferred and are in the process of preparing the

7        contemplated joint submission.  In light of the scheduling

8        commitments of counsel, it is believed that counsel need

9        an additional week to complete the joint submission, and

10       request an extension of time through July 31, 2008 for

11       this purpose.

12 IT IS SO STIPULATED.

13 DATED: 23 July 2008            McGREGOR W. SCOTT
                          United States Attorney

14

15                     By:  /s/ Tice-Raskin
                          S. ROBERT TICE-RASKIN

16                          Assistant U.S. Attorney

17 DATED: 23 July 2008

18                     By:  /s/ Tice-Raskin for
                          JOHNNY L. GRIFFIN, III.

19                          Attorney for
                          Dr. Arjinderpal Sekhon

20                          (Signature per telephonic
                          authorization)

21

22                        **ORDER**

23  IT IS SO ORDERED.

24 DATED:07/25/08                 /s/ Gregory G. Hollows

25                      _____
                        GREGORY G. HOLLOWS
                        U.S. Magistrate Judge

26

  08sw180.ord

27

28