```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ S. ROBERT TICE-RASKIN
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California  95814
 4 │ Telephone: (916) 554-2738
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of | |
| | Case. Nos. 08-SW-180, 181, 183 |
| | 184 GGH |
| 3663 Nuestro Road | |
| Yuba City, CA | STIPULATION REGARDING |
| (and other locations) | DOCUMENT REVIEW; ORDER |
| | |
| | JUDGE: Hon. Mag. Judge |
| | G.G. Hollows |

**STIPULATION**

Plaintiff United States of America, by and through its counsel, and Dr. Arjinderpal Sekhon, by and through his counsel, hereby stipulate as follows:

1. On June 5, 2008, the Court ordered defense counsel to conduct a review of potentially attorney-client privileged documents for this matter prior to June 30, 2008, and to present Government taint counsel with a privilege log related thereto. The Court also ordered Government taint counsel to conduct its review of the documents identified as potentially privileged by the defense and for both parties to file a joint status report outlining what

|   |   |
|---|---|
| 1 | documents are in dispute, all within 10 days from June 30, |
| 2 | 2008.  By previous stipulations/orders, this final |
| 3 | deadline was extended to July 31, 2008.  Also by previous |
| 4 | stipulation/order, Government taint counsel took |
| 5 | possession of the potentially Attorney-Client privileged |
| 6 | documents previously held by the Court, and has |
| 7 | maintained continuous and sole custody of those documents |
| 8 | at a secure location in the U.S. Attorney's Office during |
| 9 | his review. |
| 10 | 2. Both defense counsel and Government taint counsel have |
| 11 | completed their respective reviews, have met and |
| 12 | conferred, and have resolved all privilege issues related |
| 13 | to these documents. |
| 14 | 3. According to defense counsel and Government taint counsel, |
| 15 | all of the documents that are privileged have been placed |
| 16 | in sealed pink envelopes which are clearly labeled as |
| 17 | privileged.  Any documents that are not in a pink envelope |
| 18 | are not privileged. Sometimes a single set of documents |
| 19 | examined were found to contain both privileged and |
| 20 | non-privileged pages.  In those cases, government taint |
| 21 | counsel placed the privileged pages in a pink envelope and |
| 22 | marked it with a sticker containing an exhibit number and |
| 23 | the designation "P."  The unprivileged pages were marked |
| 24 | with the same exhibit number but the designation "NP." |
| 25 | Moreover, government taint counsel included a marker page |
| 26 | with the "NP" set describing in general terms the |
| 27 | documents that had been removed and placed in the |
| 28 | corresponding pink envelope. |

4. All of the above documents, both non-privileged and privileged, may now be transferred to the assigned prosecutor and agents handling this investigation, who may maintain custody of these documents hereafter. All privileged documents in sealed pink envelopes will remain in the custody of federal law enforcement in a secure facility and will also remain sealed unless and until this Court orders otherwise. The Government may now review any non-privileged documents.

IT IS SO STIPULATED.

DATED: 31 July 2008                          McGREGOR W. SCOTT
                                             United States Attorney

                                        By:  /s/ Tice-Raskin
                                             S. ROBERT TICE-RASKIN
                                             Assistant U.S. Attorney

DATED: 31 July 2008

                                        By:  /s/ Tice-Raskin for
                                             JOHNNY L. GRIFFIN, III.
                                             Attorney for
                                             Dr. Arjinderpal Sekhon
                                             (Signature per telephonic
                                             authorization)

**ORDER**

IT IS SO ORDERED.

DATED: 08/05/08                              /S/ Gregory G. Hollows
                                             _____
                                             GREGORY G. HOLLOWS
                                             U.S. Magistrate Judge

08sw180.ord2